**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

*January 05, 2017*

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. **G 17-0001** |
| Weldon Marshall | § | UNDER SEAL |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Theft of Government Property – 18 U.S.C. §641)

On or about August 20, 2014, in the Galveston Division of the Southern District of Texas,

**WELDON MARSHALL,**

defendant herein, willfully and knowingly, did steal, purloin and convert property of the United States, that is, five Cisco switches, of a value exceeding $1,000, with the intent to convert said property to his own use, then knowing said property to be stolen, purloined, and converted.

In violation of Title 18, United States Code, Section 641.

KENNETH MAGIDSON
UNITED STATES ATTORNEY

'ORIGINAL SIGNATURE ON FILE

*[signature]*
Grand Jury Foreperson

_____
ANDREW LEUCHTMANN
ALAMDAR HAMDANI
ASSISTANT UNITED STATES ATTORNEYS

1