UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: 17-CR-1 |
| | § | |
| WELDON MARSHALL | § | |
| DEFENDANT | § | |

## INFORMATION

### COUNT ONE

**(Willfully Retaining National Defense Information)**

From on or about January 2002 through January 2017, in the Galveston Division of the Southern District of Texas, and elsewhere,

**WELDON MARSHALL**

defendant herein, having unauthorized possession of, access to, and control over documents and writings relating to the national defense, namely, a compact disk containing documents and writings classified at the "Secret" level about United States nuclear command, control, and communications, as well as several hard drives containing documents and writings classified at the "Secret" level about ground operations in Afghanistan, did willfully retain the documents and writings and fail to deliver them to the officer or employee of the United States entitled to receive them; all in violation of Title 18, United States Code, Section 793(e).

### NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 793(h)(1), the United States gives notice to the defendant,

**WELDON MARSHALL,**

that upon conviction of an offense in violation of Title 18, United States Code, Section 793, all property constituting, or derived from, all proceeds obtained, directly or indirectly, as a result of such violation is subject to forfeiture.

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*

ANDREW LEUCHTMANN
ASSISTANT UNITED STATES ATTORNEY

*[signature]*

ALAMDAR HAMDANI
ASSISTANT UNITED STATES ATTORNEY

Matthew Walczewski *
MATTHEW WALCZEWSKI
TRIAL ATTORNEY, DEPARTMENT OF JUSTICE

* by permission
*[signature]*